UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No. _CV 99-1450-AHM_    Date and Filed: _7-19-99_

Title: _Michael Bryant etc et al -v- Antelope Valley Union H.S. Dist et al_

===============================================================

PRESENT:

**THE HONORABLE A. HOWARD MATZ, DISTRICT COURT JUDGE**

| M. Borgarding | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance

PROCEEDING:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   This Order is issued pursuant to FRCP 4(m), which requires that plaintiff(s) serve the summons and complaint upon all defendants within 120 days after filing the complaint. The Court may dismiss the action prior to the 120 days, however, if plaintiff(s) has/have not diligently prosecuted the action.

   It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 3.11.

   The Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than _8-3-99_ why this action should not be dismissed as to ~~all defendants or the following~~ defendants _Lancaster Union H.S._ for lack of prosecution. The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

   As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date.
   ____ Proof of service of summons and complaint
   _X_ In cases removed from State Court, responsive pleadings filed by defendant _Lancaster High School_
   ____ Request for entry of default by plaintiff(s)
   ____ Motion for default judgment or request for clerk to enter default judgment

MINUTES FORM 11                                          Initials of Deputy Clerk _____
CIVIL - GEN

ENTERED ON ICMS JUL 19 1999